APPEAL NO. 03-15-00823-CR
IN THE
3RD COURT OF APPEALS
AT AUSTIN, TEXAS

LOUIS ANTHONY RAMOS
Appellant,

v.

THE STATE OF TEXAS
Appellee

FILED
October 10, 2016
Third Court of Appeals
Jeffrey D. Kyle
Clerk

RECEIVED
OCT 10 2016
THIRD COURT OF APPEALS
JEFFREY D. KYLE

APPEAL OF CAUSE NUMBER CR-15-0603
FROM THE 274TH
JUDICIAL DISTRICT COURT OF HAYS COUNTY

THIRD MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PRO SE BRIEF OR RESPONSE TO ANDER'S BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Comes now Louis Anthony Ramos, Appellant pro se, and respectfully moves the Court to extend the deadline for filing his brief (or response) by sixty days. In support, Appellant

would show the following:

## I.

On, October 28, 2015, the jury found Appellant guilty of Aggravated Assault with a Deadly Weapon. The jury assessed punishment at <u>15</u> years imprisonment in the Texas Department of Criminal Justice.

## II.

On, October 28, 2015, the jury found Appellant guilty of Aggravated Assault with a Deadly Weapon. The jury assessed punishment at <u>10</u> years imprisonment in the Texas Department of Criminal Justice.

## III.

On July 1, 2016, Appellant recieved notice by mail that his appeal attorney filed an Anders brief on his behalf and notice that Appellant had a right to file pro se brief or response to the Anders brief.

## IV.

On August 24, 2016, the Appellate record was first made available to Appellant. The deadline for filing Appellant's brief or response is October 24, 2016.

## V.

This is Appellant's third request for extension. Appellant is unable to meet the deadline for the following reas[ons]. Appellant has limited law library time & access, research [is] slowed due to necessities of doing it manually (no computer), has multiple appeals that he is currently engaged in, & Appe[llant] would like to obtain signifigant legal knowledge before filing his response, & Appellant aims to ensure nothing is frivolous.

## VI.

For the reasons stated above, Appellant respectfully requests an additional sixty days to complete the pro se brie[f] or response in support of Appellant's appeal.

## VII.

Appellant prays that the Court grant this motion and extend the time to file Appellant's pro se brief or response by sixty days, extending the deadline to December 24, 2016.

Respectfully Submitted

_____ 10-
Appellant, pro se
2̶9̶5 IH-45 N, Huntsville, TX
77320

## Certificat of Service

I hereby certify that on October 7_____,2016, a true and correct copy of Appellant's motion for extension to file his brief or response was mailed to the attorney for the State by U.S. First Class mail addressed to Jeffrey D. Kyle at P.O. Box 12547, Austin, Texas 78711-2547.

_____ 10-7-16
Appellant, Pro Se


I, Louis Ramos, TDCJ#2033160, being presently incarcerated in the Byrd Unit of the Texas Department of Criminal Justice Institutional Division in Walker County, Texas, Verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the __7__ day of October, 2016.

_____ 10-7-16
Louis A. Ramos
TDCJ#2033160
Byrd Unit
21 FM 247
Huntsville, TX 77320

Louis Ramos TDCJ #2033166
21 FM 247
Huntsville, TX 77320

NORTH HOUSTON TX 773

US COST 2019 PM 1 L

<u>Legal Mail</u>

Jeffrey D. Kyle
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

78711-2547